FILED
DEC 13 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE NORTHERN DISTRICT OF CALIFORNIA
U.S. COURTHOUSE, 450 GOLDEN GATE AVE.
SAN FRANCISCO, CA. 94102-3483

TERRY BRITTON, RICHARD B. MUNNS, ) Case No.:
GABRIEL HOLMES, SEAN ARBUCKLE, )
RICHARD N. BROWN, LIONEL GIBBS, E. )
GRIFFIN, G. DIXION, A. BARRIES, J. )
MASON, J. WILSON, JEFF BROOKS, C. )
BARKER, D. MOSLEY, M. WILLIAMS, )
CALVIN JOHNSON, )   E-filing
    Plaintiff, )
  vs. )
KAMALA HARRIS; STATE OF )
CALIFORNIA. )   CV10  5647
    Defendant


CRB
(PR)

## I. JURISDICTION & VENUE

1). This is a civil action authorized by 42 U.S.C., section 1983, to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C. section 1331 and 1343(A)(3).

Plaintiffs seek declaratory relief pursuant to 28 U.S.C. section 2201 and 2202. Plaintiffs claims for injunctive relief are authorized by 28 U.S.C. section 2283 & 2284 and rule 65 of the Federal Rules of Civil Procedure.

2). The Northern District is an appropriate venue under 28 U.S.C. section 1391(b)(2), because it is where the events giving rise to this claim occurred.

### PLAINTIFFS OF CLASS ACTION

3). Plaintiffs are and was at all times mentioned herein as Prisoners of the State of California, in the custody of the California Department of Corrections and Rehabilitation. A portion of the class of inmates are currently confined at San Quentin State Prison, in San Quentin, California.

4). Defendants Jerry Brown, California Attorney General, and Steve Cooley, Chief District Attorney for the State of California, are responsible for the overall reasons the California state prisons are in violation of a class of inmate's Constitutional Rights under the 8th and 14th Amendments. This immediate class of inmates are under their jurisdiction and have been Discriminated Against and deprived of Equal Protection and Due Process of the Constitution.

### AMENDMENT VIOLATIONS

5). Plaintiffs are a class of prisoners and the complaint set forth in this civil 1983....42 U.S.C. action is based on Eight Amendment and 14th Amendment violations of Plaintiffs Constitutional Rights in regards to:

(A) Discrimination, (B) Due Process, (C) Equal Protection, (D) Cruel and Unusual Punishment.

The following details will support the above contentions:

### V
### INTRODUCTION AND BACKGROUND

In March of 1994, the "Three Strikes Law" was enacted under the "Urgency Legislative Act". Governor Pete Wilson, signed California "Three Strikes" measure into law on March 7, 1994.

The Three Strikes Law applies to anyone who has one or more prior serious or violent felony convictions. If you have two or more prior serious or violent "strikes", your term for the new felony conviction will be minimum of 25-years to life in prison. Any new felony conviction will require a Three Strikes sentence. Please be advised: A misdemeanor, by the letter of the law, is not the equivalence of a felony according to the writing of the law.

In 1994, the Three Strikes ballot measure in California, passed with 72 percent of the vote, after 12-year-old Polly Klass, who was kidnapped from her slumber party and murdered while her mother slept down the hall. When the killer turned out to be a violent offender recently granted parole, support surged for the "Three Strikes ballot initiative, which promised to keep "career criminals" who <u>rape women, molest children and commit murder</u>, behind bars where they belong."

However, the complete text of the bill swept far more broadly. Under California's version of the Three Strikes, first and second strikes must be either violent or serious. These include crimes like murder, attempted murder, rape, child molestation and armed robbery. But in California, "serious" is a term of art that can also include crimes like petty theft….possession of very small amounts of drugs for personal use….Vehicle codes….non-confrontational burglaries….and the likes. And after a second strike conviction, almost any infraction beyond jaywalking, can trigger a Third Strike and the life sentence that goes with it.

California's repeat-offender law is unique in this stringency. Twenty-five other states have passed Three Strikes laws, but <u>only</u> California punishes minor crimes with the penalty of life sentences. About 3,700 prisoners in the state of California are serving life for a Third Strike that was neither violent nor serious, and more specific, not even a felony, according to the true legal definition. That's more than 40 percent of the total Third Strike population of about 8,500. And what's even more disturbing is the fact that California is now in the midst of fiscal calamity. Supreme Court Justice Anthony Kennedy, who had been a judge in California, recently bemoaned state sentencing, and spending on prisons. In an address at

Pepperdine University, he stated that, "The Three Strikes law sponsor is the correctional officer's union, and that is sick!" And yet Schwarzenegger, has vowed not to touch the law.

## SUPPORTING FACTS

Over 40% of the Three Strikes convictions are from Los Angeles County, far more than any other county in the state of California, or any other place in the country. The most common Strike charges are: (1) Drugs, (2) Theft, (3) Burglaries due to drug addictions.

Sadly, throughout the state of California, there has been a "discrimination" application in this Three Strikes law, throughout the years since the enactment March 7, 1994. As of the year 2003, there are 37 African American females out of a total of 72, and 3,204 African American men out of a total of 7,162, which make up a total of 45% of all Third Strike cases in California. (See exhibit "A")

California prisoners who are subject to the Three Strikes law claim that their sentences are in violation of the Equal Protection Clause of the 14th Amendment, because the people's discretionary capability on whether or not to apply this law consistently reveals that on case by case analysis its implementation is heavily dependent upon factors such as race, color, ethnicity and creed, while inspecting the same class of criminal accusation of defendants. (See Elsa Y. Chen, Santa Clara University, Assistant Professor, Department of Political Science, Director Public Sector studies, 500 El Comino Real, Santa Clara, California, 95053-0320, Tele. (408) 551-7055 fax (804) 551-6061, echen@scu.edu. Compare, "Impact of 'Three Strikes and You're Out' on crime trends in California and throughout the United States,

"found in the "Journal of Contemporary Justice, Criminal Justice, Vol. 24 N0.4" at http://ccj.sagepub.com hosted at http://onlinesagepub.com. (See exhibit "B")

Three Strikes convicted per year from 1994-2001 are (457) per year, compared to Three Strikes convicted per year from 2001-2010, which was (54), 403 per year less than the previous years of 1994-2001. These statistics supports Plaintiff's argument of being denied Equal Protection under the 14th Amendment, Discrimination under the 8th Amendment, Due Process, Cruel and Unusual Punishment.

In 2005, 138,000 felons paroled, and in 2008, 3 years later, 60% returned to prison, proof that the Three Strikes law does not work. The Three Strikes law is also contributed to a rapid aging of California's prison system in one and a half decades. Since the law was instituted exposing the inherent flaws in a law that funnels a growing share of resources to an aging population whose crime production was already on the decline. 83% or 24,900 of the Three Strikes inmates are 40 years of age and older, having significant consequences for effectiveness of the "Three Strikes", causing sky-rocketing medical expenses for the state of California.

Also under the charges of Equal Protection, Discrimination, Due Process, Cruel and Unusual Punishment, Three Strikes inmates are forced to serve 100% of a 25-to-life sentence whereas the rest of the California prison population are serving either one-half or eighty percent of their sentences, with the exception of prisoners sentenced to life without the possibility of parole, or the death penalty.

Three Strike inmates are the only group of inmates forced to serve 100% of their sentence, which constitutes as a Federal Sentence not a State sentence guideline. It also should be noted that incidents of murder, rape and aggravated assaults has risen since the year of 2002.

This class action has arisen from the injustice of the California Sentencing Scheme. (See supporting documents) California's determinate sentencing law (OSL), bears a remarkable similarity to both the Sentencing Scheme in Blakely, and the New York "PFO" statute. Under the "OSL", substantive offenses were assigned upper, middle and lower range maximum sentencing, as in petitioners' case.

DATED THIS 24th DAY OF Nov., 2010

*Terry Britton*
#D-03658  5-N-73L

-6-

12/2008 rev

# DECLARATION OF SERVICE BY MAIL

I, __TERRY BRITTON__, the undersigned, declare that I am
      *Printed Name of Declarant*

over the age of 18 years, a citizen of the United States of America, and am not a party to the cause within. My residence address is:

    CDCR Number: __D-03658__ Housing: __5-N-73L__
    California State Prison, San Quentin
    San Quentin, CA 94974

On __NOV 29th__, __2010__ I served the following document(s):
   *Month/Day*     *Year*

__PETITION OF WRIT HABEAS CORPUS__

on the parties and at the addresses described below by placing them in a sealed envelope with postage fully prepaid, and presenting them to Corrections Department staff for mailing in the United States Mail as per the regulations governing outgoing confidential legal mail at California State Prison, San Quentin.

__NORTHERN DISTRICT OF CALIFORNIA__
__U.S. CourtHouse,__
__450 GOLDEN GATE AVE.__
__SAN FRANCISCO, CALIF. 94102-3483__

I swear under penalty of perjury that the foregoing is true of my own personal knowledge. Executed this __29th__ day of __NOV__, __2010__
                     *Day*            *Month*         *Year*

at San Quentin, CA, County of Marin.

                                       __Terry Britton__
                                       *Signature of Declarant*

Teddy Britton #D-03658
S.Q. S.P. 5-N-73L
San Quentin, Calif. 94974

In The Northern District of California
U.S. Courthouse, 450 Golden Gate,
San Francisco, CA. 94102-3483

Pro se

RECEIVED
NOV 3 0 2010



23658

1794

In The Northern District of California
U.S. Courthouse, 450 Golden Gate Ave.
San Francisco, CA. 94102-3483

Prose

NOV 3 0 2010

%BMENE. E.    11-28-10

%BMENE. E.                                11-28-10